1  Brent T. Kolvet, Esq.
   State Bar No. 1597
2  Thorndal, Armstrong, Delk, Balkenbush & Eisinger
   6590 S. McCarran, Suite B
3  Reno, Nevada 89509
   Attorneys for Defendant
4  STOREY COUNTY

5              UNITED STATES DISTRICT COURT

6                  DISTRICT OF NEVADA

7  REBECCA MAHOLLAND,                    CASE NO.   3:10-CV-00237-LRH-RAM

8                         Plaintiff   **STIPULATION AND ORDER FOR**
                                      **DISMISSAL WITH PREJUDICE**
9  vs.

10 JAMES DEANE, an individual; STOREY
   COUNTY, a political subdivision of the State
11 of Nevada,
                          Defendants.
12

13     COMES NOW Plaintiff, REBECCA MAHOLLAND, and Defendants, STOREY

14 COUNTY and JAMES DEANE, by and through their respective counsel and pursuant to Rule 41

15 of the Federal Rules of Civil Procedure, hereby stipulate that the above-entitled matter may be

16 dismissed with prejudice in its entirety and each party to bear their own costs and attorney's fees.

17 DATED:_____09/29/10_____         DATED:___10/12/11_____

18 LAW OFFICES OF JEFFREY A.        ERICKSON, THORPE & SWAINSTON,
   DICKERSON                        LTD.
19

20 By: /s/ Jeffrey A. Dickerson_____   By: /s/ Rebecca Bruch_____
      Jeffrey A. Dickerson, Esq.             Rebecca Bruch, Esq.
21    9585 Prototype Court, Suite A          99 W. Arroyo Street
      Reno, NV 89521                         Post Office Box 3559
22    Attorneys for Plaintiff               Reno, NV 89505
                                             Attorneys for Defendant
23                                           James Deane

24 * * *

25 * * *

26 * * *

27 * * *

28 * * *

1   DATED:___10/11/10_____

2   THORNDAL, ARMSTRONG,
    DELK, BALKENBUSH & EISINGER
3

4   By: /s/ Brent T. Kolvet_____
        Brent T. Kolvet, Esq.
5       State Bar No. 1597
        6590 S. McCarran Blvd., Suite B
6       Reno, Nevada 89509
        Attorneys for Defendant
7       STOREY COUNTY

8           IT IS SO ORDERED this _18__ day of __Oct._____, 2010.

9

10                                  _____

11                                  DISTRICT COURT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28